**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

---

Case Title: William Dorsey        Case Number: 15 C 9188
v.
Officer Hapaniewski, et al.

An appearance is hereby filed by the undersigned as attorney for:
OFFICER HAPANIEWSKI, OFFICER WILSON, OFFICER CINTRON, OFFICER GOETZ, OFFICER PERCY, OFFICER MONTOYA, OFFICER COFFEY, OFFICER SANCHEZ, OFFICER GALVAN, OFFICER KINNEY, OFFICER RAUBA, OFFICER FENTON, OFFICER MITCHELL, OFFICER WILLIAMS, OFFICER MANOJLOVIC, and the CITY OF CHICAGO

Attorney name (type or print):  Libby N. Massey

Firm:     Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.

Street address:     55 West Monroe Street, Suite 800

City/State/Zip:    Chicago, Illinois 60603

Bar ID Number: 6307992        Telephone Number:    312.322.7760
(See item 3 in instructions)

Email Address: lmassey@robbins-schwartz.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

                                                   ☐ Appointed Counsel
                                                       If appointed counsel, are you a

                                                   ☐ Federal Defender

                                                   ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 22, 2016

Attorney signature:    S/ Libby N. Massey
                              (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015