**U.S. District Court for the Northern District of Illinois**
**Attorney Appearance Form**

Case Title:  William Dorsey v. Officer Hapaniewski, et al.                    Case Number: 15 C 9188

An appearance is hereby filed by the undersigned as attorney for:

Officer Hapaniewski, Officer Wilson, Officer Cintron, Officer Goetz, Officer Percy, Officer Montoya, Officer Coffey, Officer Sanchez, Officer Galvan, Officer Kinney, Officer Rauba, Officer Fenton, Officer Mitchell, Officer Williams, Officer Manojlovic, and City of Chicago

Attorney Name (type or print):  Jorge F. Rovelo

Firm:  Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.

Street address:  55 W. Monroe Street, Suite 800

City/State/Zip:  Chicago, IL 60606

Bar ID Number: 6306873                                                        Telephone Number:  312.332.7760

Email Address:                jrovelo@robbins-schwartz.com

Are you acting as lead counsel in this case?  ☐ Yes  ☒ No

Are you acting as local counsel in this case?  ☐ Yes  ☒ No

Are you a member of the court's trial bar?  ☐ Yes  ☒ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, you are
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on          09/09/2016

Attorney Signature:       S/     Jorge F. Rovelo
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015