IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DORSEY,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HAPANIEWSKI #17077, OFFICER WILSON #5380, OFFICER CINTRON, #3955, OFFICER GOETZ, #7948, OFFICER PERCY #10898, OFFICER MONTOYA, #11274, OFFICER COFFEY, #13580, OFFICER SANCHEZ, #15823, OFFICER GALVAN, #15959, OFFICER KINNEY, #17082, OFFICER RAUBA, #17208, OFFICER FENTON, #19013, #5380, OFFICER MITCHELL, #6099, OFFICER WILLIAMS, #6196, OFFICER MANOJLOVIC, #9199, UNKNOWN CITY OF CHICAGO OFFICERS, and the CITY OF CHICAGO,<br><br>Defendants. | Case No. 15 C 9188<br><br>Judge Rebecca Pallmeyer<br><br>Magistrate Judge: Young B. Kim |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, WILLIAM DORSEY through his undersigned counsel, and Defendants, OFFICER HAPANIEWSKI #17077, OFFICER WILSON #5380, OFFICER CINTRON, #3955, OFFICER GOETZ, #7948, OFFICER PERCY #10898, OFFICER MONTOYA, #11274, OFFICER COFFEY, #13580, OFFICER SANCHEZ, #15823, OFFICER GALVAN, #15959, OFFICER KINNEY, #17082, OFFICER RAUBA, #17208, OFFICER FENTON, #19013, #5380, OFFICER MITCHELL, #6099, OFFICER WILLIAMS, #6196, OFFICER MANOJLOVIC, #9199, through their undersigned counsel and pursuant to the Federal Rule of Civil Procedure 41(a), that the above-captioned proceeding be and is hereby dismissed as

640299v1

2

against all the individual Defendants, with prejudice, including without limitation, all claims which Plaintiff has asserted or could have asserted against the individual Defendants, with no award of attorneys' fees or costs by the Court to any party. The case will continue only as to Defendant, CITY OF CHICAGO.

| | |
|---|---|
| /s/ Blake Horwitz | /s/ Nikoleta Lamprinakos |
| Blake Horwitz | Nikoleta Lamprinakos |
| The Blake Horwitz Law Firm, LTD. | Robbins, Schwartz, Nicholas, |
| 111 W. Washington, Suite 1611 | Lifton & Taylor, Ltd. |
| Chicago, Illinois 60602 | 55 W. Monroe St., Suite 800 |
| 312.676.2100 | Chicago, IL 60603 |
| bhorwitz@bhlfattorneys.com | 312.332.7760 |
| | nlamprinakos@robbins-schwartz.com |

**CERTIFICATE OF SERVICE BY ELECTRONIC MAILING**

I hereby certify that I electronically filed this **Stipulation of Dismissal with Prejudice** with the Clerk of the Court using the CM/ECF system on this 20th day of April, 2017, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:


 s/ Nikoleta Lamprinakos
Nikoleta Lamprinakos